(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>District of Nevada | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ahmadzai, Ghusudin** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Ahmadzai, Ida M.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**AKA Ghusudin W. Ahmadzai; AKA Ghusudin Wally Ahmadzai; AKA Philip Ahmadzai** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**AKA Ida Mary Ahmadzai; AKA Ida Ahmadzai** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):    **xxx-xx-2532** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):    **xxx-xx-9969** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4701 Ashington St.**<br>**Las Vegas, NV 89147-6069** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**4701 Ashington St.**<br>**Las Vegas, NV 89147-6069** |
| County of Residence or of the<br>Principal Place of Business:    **Clark** | County of Residence or of the<br>Principal Place of Business:    **Clark** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)     ☐ Railroad<br>☐ Corporation     ☐ Stockbroker<br>☐ Partnership     ☐ Commodity Broker<br>☐ Other_____ ☐ Clearing Bank | ■ Chapter 7     ☐ Chapter 11     ☐ Chapter 13<br>☐ Chapter 9     ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business     ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>    Must attach signed application for the court's consideration<br>    certifying that the debtor is unable to pay fee except in installments.<br>    Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Ahmadzai, Ghusudin**<br>**Ahmadzai, Ida M.** | FORM B1, Page 2 |
| --- | --- | --- |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X     **/s/ Ghusudin Ahmadzai**
Signature of Debtor **Ghusudin Ahmadzai**

X     **/s/ Ida M. Ahmadzai**
Signature of Joint Debtor **Ida M. Ahmadzai**

Telephone Number (If not represented by attorney)

**March  8, 2005**
Date

### Signature of Attorney

X     **/s/ Roger P. Croteau**
Signature of Attorney for Debtor(s)

**Roger P. Croteau 4958**
Printed Name of Attorney for Debtor(s)

**Roger P. Croteau & Associates Ltd.**
Firm Name

**720 South Fourth Street, Suite 202**
**Las Vegas, NV 89101**

Address            **Email: croteau@croteaulaw.com**

**(702) 254-7775  Fax: (702) 228-7719**
Telephone Number

**March  8, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ Roger P. Croteau**              **March  8, 2005**
Signature of Attorney for Debtor(s)           Date
   **Roger P. Croteau**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐  Yes, and Exhibit C is attached and made a part of this petition.
☑  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

B 201 (11/03)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| /s/ Ghusudin Ahmadzai | /s/ Ida M. Ahmadzai | March  8, 2005 | |
|---|---|---|---|
| Debtor's Signature | Joint Debtor's Signature | Date | Case Number |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

# United States Bankruptcy Court
### District of Nevada

In re     **Ghusudin Ahmadzai,**
         **Ida M. Ahmadzai**

Case No. _____

Debtors       ,

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| | | | AMOUNTS SCHEDULED | | |
| A - Real Property | Yes | 1 | 280,000.00 | | |
| B - Personal Property | Yes | 4 | 7,374.03 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 126,461.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 4 | | 72,517.63 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 695,062.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,612.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,650.00 |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 287,374.03 | | |
| Total Liabilities | | | | 894,041.56 | |

In re    **Ghusudin Ahmadzai,**                                      Case No. _____
         **Ida M. Ahmadzai**

_____,
                        Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence**<br>**Location: 4701 Ashington St., Las Vegas NV Tiburon 2 Phase 2, Plat Book 76, Page 98, Lot 72, Block 4. APN: 163-20-312-017** | **Joint tenant** | **J** | **280,000.00** | **126,461.00** |

|  |  |
|---|---|
| Sub-Total > | **280,000.00** | (Total of this page) |
| Total > | **280,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Ghusudin Ahmadzai,**                                         Case No. _____
           **Ida M. Ahmadzai**

_____ ,
                                    Debtors

# SCHEDULE B. PERSONAL PROPERTY

     Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

     If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account No. 449-6 Washington Mutual, Las Vegas, NV** | J | 49.03 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings Location: 4701 Ashington Sr., Las Vegas NV** | J | 4,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Wearing Apparel Location: 4701 Ashington Sr., Las Vegas NV** | J | 1,000.00 |
| 7. | Furs and jewelry. | | **Wedding Bands Location: 4701 Ashington St., Las Vegas NV** | J | 500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Hunting Rifle Location: 4701 Ashington St., Las Vegas NV** | J | 150.00 |
| | | | **Hunting Rifle Location: 4701 Ashington St., Las Vegas NV** | J | 75.00 |

                                                 Sub-Total >        **5,774.03**
                                         (Total of this page)

   **3**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re     **Ghusudin Ahmadzai,**                                                    Case No. _____
            **Ida M. Ahmadzai**
                                                                          ,
                                            Debtors
# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance Policy No. P1027522L No Cash Surrender Value Face Value $250,000.00 American General Life Insurance Company P. O. Box 4373, Houston, TX 77210-4373** | **H** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **Pension at Los Angeles Unified School District $620.00 a month** | **W** | **Unknown** |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Sub-Total >                          **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re   **Ghusudin Ahmadzai,**
      **Ida M. Ahmadzai**

Case No. _____

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 Mercedes-Benz 190E 2.6 Sedan 4D 140,000 Miles - Kelley Blue Book Value Location: 4701 Ashington St., Las Vegas NV** | J | 1,600.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    **1,600.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re    **Ghusudin Ahmadzai,**
        **Ida M. Ahmadzai**
                         Debtors

Case No. _____

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33.  Other personal property of any kind not already listed. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **7,374.03** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **Ghusudin Ahmadzai,**                                                        Case No. _____
      **Ida M. Ahmadzai**
_____,
                               Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                                     been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day
                                     period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest
                                     is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residence** | **Nev. Rev. Stat. §§ 115.010,** | **153,539.00** | **280,000.00** |
| **Location: 4701 Ashington St., Las Vegas NV** | **21.090(1)(l)** | | |
| **Tiburon 2 Phase 2, Plat Book 76, Page 98, Lot** | | | |
| **72, Block 4. APN: 163-20-312-017** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Household Goods and Furnishings** | **Nev. Rev. Stat. § 21.090(1)(b)** | **4,000.00** | **4,000.00** |
| **Location: 4701 Ashington Sr., Las Vegas NV** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Wearing Apparel** | **Nev. Rev. Stat. § 21.090(1)(b)** | **1,000.00** | **1,000.00** |
| **Location: 4701 Ashington Sr., Las Vegas NV** | | | |
| | | | |
| **Furs and Jewelry** | | | |
| **Wedding Bands** | **Nev. Rev. Stat. § 21.090(1)(b)** | **500.00** | **500.00** |
| **Location: 4701 Ashington St., Las Vegas NV** | | | |
| | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Hunting Rifle** | **Nev. Rev. Stat. § 21.090(1)(i)** | **150.00** | **150.00** |
| **Location: 4701 Ashington St., Las Vegas NV** | | | |
| | | | |
| **Interests in Insurance Policies** | | | |
| **Life Insurance Policy No. P1027522L** | **Nev. Rev. Stat. § 21.090(1)(k)** | **0.00** | **0.00** |
| **No Cash Surrender Value** | | | |
| **Face Value $250,000.00** | | | |
| **American General Life Insurance Company** | | | |
| **P. O. Box 4373, Houston, TX 77210-4373** | | | |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Pension at Los Angeles Unified School District** | **Nev. Rev. Stat. § 21.090(1)(q)** | **0.00** | **Unknown** |
| **$620.00 a month** | | | |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1992 Mercedes-Benz 190E 2.6 Sedan 4D** | **Nev. Rev. Stat. § 21.090(1)(f)** | **1,600.00** | **1,600.00** |
| **140,000 Miles - Kelley Blue Book Value** | | | |
| **Location: 4701 Ashington St., Las Vegas NV** | | | |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6D
(12/03)

In re    **Ghusudin Ahmadzai,**                                    Case No. _____
         **Ida M. Ahmadzai,**

_____,
                        Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **6852911194** | | | | 7/1998 Mortgage | | | | | |
| **Wells Fargo Home Mortgage, Inc.** **P. O. Box 10335** **Des Moines, IA 50306-0335** | | | J | Residence Location: 4701 Ashington St., Las Vegas NV Tiburon 2 Phase 2, Plat Book 76, Page 98, Lot 72, Block 4. APN: 163-20-312-017 | | X | | | |
| | | | | Value $              **280,000.00** | | | | **126,461.00** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | **126,461.00** |
| | Total (Report on Summary of Schedules) | **126,461.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6E
(04/04)

In re    **Ghusudin Ahmadzai,**
         **Ida M. Ahmadzai**
                                                                                    Case No. _____

_____,
                          Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**3**_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re **Ghusudin Ahmadzai,**
　　　**Ida M. Ahmadzai**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,　　　　　Case No. _____
　　　　　　　　　　　　　　Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Andres Padilla Garcia** <br> **3520 S. Jones** <br> **Las Vegas, NV 89103** | | J | Potential Claim | | X | | <br><br><br> **Unknown** | **0.00** |
| Account No. <br><br> **Daniel Vasquez** <br> **4363 Coyote Crest Rd.** <br> **Las Vegas, NV 89147** | | J | Potential Claim | | X | | <br><br><br> **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

**0.00**

Form B6E - Cont.
(04/04)

In re    **Ghusudin Ahmadzai,**
         **Ida M. Ahmadzai,**

Case No. _____

Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **NWC3004763** <br><br> **Employer Insurance Co. of Nevada C/O Allied Interstate, Inc. 23945 Clabasas Rd., #210 Calabasas, CA 91302** | J | | | 2/20/2001 <br><br> Trade debt | | X | | 8,910.63 | 0.00 |
| Account No. **SQ2000072800888** <br><br> **Internal Revenue Service Stop 5028 4750 W. Oakey Blvd. Las Vegas, NV 89102** | H | | | 7/28/2000 <br><br> Federal Tax Lien | | X | | 56,000.00 | 0.00 |
| Account No. <br><br> **Labor Commission Nevada 555 E. Washington Ave., Ste. 4100 Las Vegas, NV 89101** | H | | | Judgment | | X | X | Unknown | Unknown |
| Account No. **SQ99051100736** <br><br> **Nevada Department of Taxation Attn: Bankruptcy Section 555 E. Washington Ave., #1300 Las Vegas, NV 89101** | H | | | 5/11/1999 <br><br> State Tax Lien | | X | | 5,229.00 | 0.00 |
| Account No. <br><br> **NV Dept. of Employment Training and Reh. 500 E. Third St. Carson City, NV 89713** | H | | | 5/2000 <br><br> Judgment | | X | X | Unknown | Unknown |

Sheet **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 70,139.63 |
|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6E - Cont.
(04/04)

In re    **Ghusudin Ahmadzai,**
  **Ida M. Ahmadzai**
                 ,
            Debtors

Case No. _____

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **A407537** <br><br>**State of Nevada** <br>**Office of the Attorney General** <br>**555 E. Washington Ave., Ste. 3900** <br>**Las Vegas, NV 89101** | | H | 8/30/1999 <br><br> Judgment | | X | | **2,378.00** | **0.00** |
| Account No. <br><br>**Treasurer Clark County** <br>**P. O. Box 551220** <br>**Las Vegas, NV 89155-1220** | | H | 3/2000 <br><br> Redemption | | X | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal <br>(Total of this page) | **2,378.00** |
| Total <br>(Report on Summary of Schedules) | **72,517.63** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

Form B6F
(12/03)

In re    **Ghusudin Ahmadzai,**
      **Ida M. Ahmadzai,**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **20583/1177-1**<br><br>**Alan J. Arnold, M.D.**<br>**C/O Acctcorp of Southern Nevada**<br>**4955 S. Durango, Ste. 177**<br>**Las Vegas, NV 89113-0155** | | J | **Medical** | | X | | 354.92 |
| Account No. **026745134019347863**<br><br>**American Express**<br>**P. O. Box 297871**<br>**Fort Lauderdale, FL 33329** | | J | **10/2003**<br>**Credit card purchases** | | X | | 1,711.00 |
| Account No. **860045992**<br><br>**American Express**<br>**P. O. Box 297871**<br>**Fort Lauderdale, FL 33329** | | H | **7/28/2000**<br>**Possible Duplicate Account** | | X | | 28,453.00 |
| Account No. **5278401039**<br><br>**American Express**<br>**P. O. Box 297871**<br>**Fort Lauderdale, FL 33329** | | J | **2/2001**<br>**Credit card purchases** | | X | | 2,157.45 |
| __14__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 32,676.37 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **Ghusudin Ahmadzai,**
       **Ida M. Ahmadzai**                                  Case No. _____

                                                   Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **1C000782001/373273824682001** | | | | **2/21/2001** **Credit Card Purchases - Law Suit - Lien on House** | | | | |
| **American Express Travel Mgmt. Svcs.** **American Expressway Tow** **New York, NY 10001** | H | | | | | X | | |
| | | | | | | | | **4,359.59** |
| Account No. **A05913800** | | | | **1/22/2001** **Medical** | | | | |
| **APL** **4230 Burnham Ave.** **Las Vegas, NV 89119** | J | | | | | X | | |
| | | | | | | | | **88.40** |
| Account No. **9601020/0171181/9404505C/KO023** | | | | **10/92, 1/93, 12/94 & 7/96** **Commercial Lease - Judgment, plus Attorney Fees and Costs.** | | | | |
| **Arrow Auto Associates** **C/O Stephen C. Duringer & Associates** **18002 Cowan, 1st. Fl.** **Irvine, CA 92614-6812** | H | | | | | X | | |
| | | | | | | | | **13,540.50** |
| Account No. **4621-2010-3081-5273/3908-1075/** | | | | **9/2/2004** **Credit Card Purchases** | | | | |
| **Associates Credit Card Services, Inc.** **6400 Las Colinas Blvd., Ste. 200** **Irving, TX 75039-2900** | J | | | | | X | | |
| | | | | | | | | **6,912.54** |
| Account No. **335766** | | | | **Trade debt** | | | | |
| **AutoZone** **4850 S. Jones, #B** **Las Vegas, NV 89103** | J | | | | | X | | |
| | | | | | | | | **1,643.00** |

Sheet no. __**1**__ of __**14**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                      Subtotal (Total of this page)       **26,544.03**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Ghusudin Ahmadzai,**
     **Ida M. Ahmadzai,**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4168100015717513/1K24750/10712**<br><br>**Bank of America**<br>**1825 E. Buckeye Rd.**<br>**Phoenix, AZ 85034** | | J | **6/8/2004**<br>**Credit card purchases** | | X | | **20,384.00** |
| Account No. **4024-0238-2140-5970**<br><br>**Bank of America**<br>**P. O. Box 53137**<br>**Phoenix, AZ 85072-3137** | | J | **Credit Card Purchases** | | X | | **2,619.16** |
| Account No. **4024-0250-0011-5742**<br><br>**Bank of America**<br>**Dept.#AZ9-503-02-16**<br>**P. O. Box 53105**<br>**Phoenix, AZ 85072-3105** | | W | **2/2001**<br>**Credit Card Purchases** | | X | | **16,202.56** |
| Account No. **5425-7686-0021-5279**<br><br>**Bank of America**<br>**Dept.#AZ9-503-02-16**<br>**P. O. Box 53105**<br>**Phoenix, AZ 85072-3105** | | J | **1/2001**<br>**Credit Card Purchases** | | X | | **11,233.71** |
| Account No. **5425-7682-0122-0215**<br><br>**Bank of America**<br>**P. O. Box 53137**<br>**Phoenix, AZ 85072-3137** | | J | **7/1998**<br>**Credit Card Purchases** | | X | | **2,597.75** |

Sheet no. __**2**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**53,037.18**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **Ghusudin Ahmadzai,**
      **Ida M. Ahmadzai**

Case No. _____

                      Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4746-8600-0021-4864** <br><br> **Bank of America Visa/Nations Bank** <br> **P. O. Box 85350** <br> **Louisville, KY 40285-5350** | | J | | **11/1999** <br> **Credit Card Purchases** | | X | | **5,693.68** |
| Account No. **12534481/0002179987** <br><br> **Bank of America/RMA Holdings, LLC** <br> **C/O Risk Management Alternatives, Inc.** <br> **P. O. Box 105044** <br> **Atlanta, GA 30348** | | J | | **10/2003** <br> **Possible Duplicate Account** | | X | | **18,713.80** |
| Account No. **5049-9480-1595** <br><br> **CBUSA Sears** <br> **P. O. Box 6189** <br> **Sioux Falls, SD 57117** | | J | | **Credit Card Purchases** | | X | | **268.00** |
| Account No. **VSD2727410** <br><br> **Center Emergency Physicians** <br> **P. O. Box 13909** <br> **Philadelphia, PA 19101-3909** | | J | | **12/21/2003** <br> **Medical** | | X | | **275.00** |
| Account No. **721-808-795-0** <br><br> **Chevron Credit Bank, N.A.** <br> **P. O. Box 5010 Sect. 230** <br> **Concord, CA 94524-0010** | | J | | **1/17/2004** <br> **Credit Card Purchases** | | X | | **2,500.00** |

Sheet no. __**3**__ of __**14**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **27,450.48**

Form B6F - Cont.
(12/03)

In re  **Ghusudin Ahmadzai,**
       **Ida M. Ahmadzai**                                                    Case No. _____

_____,
                                                      Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. G10406024RND<br><br>**Clark County**<br>C/O R.L. Gresham/Carl Warren & Co.<br>2410 Fire Mesa St., Ste. 110<br>Las Vegas, NV 89128 | J | | | | **Possible Duplicate Account** | | X | | **Unknown** |
| Account No. A415748<br><br>**Curtis Branom**<br>4339 Coyote Crest Ct.<br>Las Vegas, NV 89147 | J | | | | Lis Pendens - Paid in full on 9/10/2001 | | | X | **10,000.00** |
| Account No. DR1639548/631473/651827<br><br>**Desert Radiologists**<br>C/O Professional Billing<br>2355 Redrock St., #103<br>Las Vegas, NV 89146-3161 | J | | | | 2/27/2001 - 4/28/2004<br>**Medical** | | X | | **234.79** |
| Account No. 99-A-410530-C<br><br>**Douglas Fleming**<br>C/O Richard R. Reed, Esq.<br>601 E. Charleston Blvd.<br>Las Vegas, NV 89104 | J | | | | 10/29/1999<br>**Chevron Service Station at Spring Mountain & Jones** | | X | | **300,000.00** |
| Account No. 27274100791239<br><br>**EMCARE Center Emergency Physicians**<br>c/o NCO Financial Systems, Inc.<br>P. O. Box 41417 Dept. 99<br>Philadelphia, PA 19101 | J | | | | 11/13/2004<br>**Medical** | | X | | **275.00** |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **310,509.79**

Form B6F - Cont.
(12/03)

In re   **Ghusudin Ahmadzai,**
       **Ida M. Ahmadzai**                                                  Case No. _____

                                                 Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4168-1000-1442-1737**<br><br>**First Select**<br>**P. O. Box 660767**<br>**Dallas, TX 75266-0767** | | J | **3/5/2001**<br>**Credit Card Purchases** | | X | | 13,859.85 |
| Account No. **4168-1000-1595-0437**<br><br>**First Select**<br>**P. O. Box 660767**<br>**Dallas, TX 75266-0767** | | J | **8/2002**<br>**Credit Card Purchases** | | X | | 5,036.64 |
| Account No. **4168-1000-1571-7513/42168837-1**<br><br>**First Select Corp.**<br>**Payment Processing**<br>**P. O. Box 660767**<br>**Dallas, TX 75266-0767** | | J | **10/10/2002**<br>**Credit Card Purchases** | | X | | 14,078.57 |
| Account No. **5417-1226-6693-4342/4489355**<br><br>**First USA Bank, N.A.**<br>**P. O. Box 15548**<br>**Wilmington, DE 19886-5548** | | J | **3/4/2001**<br>**Credit Card** | | X | | 34,825.00 |
| Account No. **AHMGHU00**<br><br>**Gary R. Lutz, D.O., LTD.1**<br>**6125 W. Sahara Ave., Ste. 1A**<br>**Las Vegas, NV 89146** | | J | **8/4/2003 - 3/3/2004**<br>**Medical** | | X | | 1,397.00 |

Sheet no. __**5**__ of __**14**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      
(Total of this page)       **69,197.06**

Form B6F - Cont.
(12/03)

In re   **Ghusudin Ahmadzai,**
        **Ida M. Ahmadzai,**                                              Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **AHMA001076747-8**<br><br>**Jackson Physical Therapy**<br>**4765 S. Durago Dr., Ste. 106**<br>**Las Vegas, NV 89147** | | J | **8/25/2003**<br>**Medical** | | X | | 776.62 |
| Account No. **01C-002657-001**<br><br>**Janis Kaye Webb**<br>**9121 Villa Ridge Dr.**<br>**Las Vegas, NV 89117** | | J | **2/27/2001**<br>**Judgment - Lien on Home** | | X | | 20,000.00 |
| Account No. **0928634**<br><br>**Las Vegas Review-Journal**<br>**P. O. Box 730**<br>**Las Vegas, NV 89125-0730** | | J | **2/28/2001**<br>**Trade debt - Advertisement** | | X | | 1,459.31 |
| Account No. **4800-1203-4804-9214/M31291-K24**<br><br>**MBNA America**<br>**P. O. Box 15026**<br>**Wilmington, DE 19850** | | J | **10/3/2003**<br>**Credit Card Purchases** | | X | | 22,529.27 |
| Account No. **4800-1203-4801-1644**<br><br>**MBNA America**<br>**P. O. Box 15028**<br>**Wilmington, DE 19886-5028** | | J | **4/1992**<br>**Credit Card Purchases** | | X | | 6,392.29 |

Husband, Wife, Joint, or Community

Sheet no. __**6**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **51,157.49**

Form B6F - Cont.
(12/03)

In re    **Ghusudin Ahmadzai,**
     **Ida M. Ahmadzai,**
Case No. _____

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ECM00224**<br><br>**MBNA Covenant Management<br>C/O Machol & Johannes, P.C.<br>600 17th St., Ste. 850 So. Dominion Plaz<br>Denver, CO 80202** | | J | **8/11/2002**<br>**Possible Duplicate Account** | | X | | **Unknown** |
| Account No. **7CH57810, 00838818/102502187**<br><br>**MCI Communications<br>C/O Park Dansan<br>P. O. Box 248<br>Gastonia, NC 28053** | | J | **4/15/2002**<br>**Long Distance Service** | | X | | **32.17** |
| Account No. **7CH57810/45591798/00938818**<br><br>**MCI WorldCom<br>P. O. Box 52252<br>Phoenix, AZ 85072-2252** | | J | **2/16/2001**<br>**Phone Service** | | X | | **43.42** |
| Account No. **631976765**<br><br>**Medical<br>c/o NCO Fin/99<br>P. O. Box 41466<br>Philadelphia, PA 19101** | | J | **10/2004**<br>**Possible Duplicate Account** | | X | | **611.00** |
| Account No. **1239016826/95306**<br><br>**Medical<br>C/O Aargon Collection Agency<br>3160 S. Valley View, Ste. 206<br>Las Vegas, NV 89102-8316** | | J | **4/2001**<br>**Possible Duplicate Account** | | X | | **144.00** |

Sheet no. __**7**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **830.59**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Ghusudin Ahmadzai,**
**Ida M. Ahmadzai,**
Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 9A16790671797970 | | | | | 2/2004 Possible Duplicate Account | | | | |
| Medical Payment Data C/O Credit Bureau Central P. O. Box 29299 Las Vegas, NV 89126 | | | J | | | | X | | |
| | | | | | | | | | 407.00 |
| Account No. 5417-1226-6693-4342/4489355 | | | | | 3/10/2003 Possible Duplicate Account | | | | |
| NCO Financial Systems, Inc. Assignee of FUSA P. O. Box 41457 Philadelphia, PA 19101-1457 | | | J | | | | X | | |
| | | | | | | | | | 26,990.56 |
| Account No. | | | | | Medical | | | | |
| Nevada Care 10600 W. Charleston Blvd. Las Vegas, NV 89135-1012 | | | J | | | | X | | |
| | | | | | | | | | 205.00 |
| Account No. | | | | | Potential Claim | | | | |
| Oakwood Communitites 8501 W. Charleston Las Vegas, NV 89117 | X | | J | | | | X | | |
| | | | | | | | | | Unknown |
| Account No. 6011-6561-0081-9096 | | | | | 2/18/2001 Credit Card Purchases | | | | |
| Office Depot Credit Card Plan P. O. Box 9029 Des Moines, IA 50368-9029 | | | J | | | | X | | |
| | | | | | | | | | 2,342.00 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,944.56

Form B6F - Cont.
(12/03)

In re    **Ghusudin Ahmadzai,**
       **Ida M. Ahmadzai,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **123356496/4123972-8388143/12*P** <br><br> **Pacific Bell Wireless** <br> **P. O. Box 989049** <br> **West Sacramento, CA 95799** | | H | **Wireless Service** | | X | | 353.41 |
| Account No. **1113423/25/5213-87687/9A167&79** <br><br> **Quest Diagnostics** <br> **P. O. Box 79025** <br> **Phoenix, AZ 85062-9025** | | J | **1/21/2004 - 10/15/2004** <br> **Medical** | | X | | 3,252.21 |
| Account No. **607500-455-94-01-2/0928634** <br><br> **Republic Services of Southern Nevada** <br> **P. O. Box 98508** <br> **Las Vegas, NV 89193-8508** | | J | **2/16/2001** <br> **Trade debt - Trash removal services at 6075 Spring Mountain Rd.** | | X | | 1,413.18 |
| Account No. <br><br> **Richard L. Wagner, MD LTD** <br> **4275 Burnham, #310** <br> **Las Vegas, NV 89119** | | J | **6/10/2004** <br> **Medical** | | X | | 270.00 |
| Account No. **01C-007825-001** <br><br> **Richland Holdings, Inc.** <br> **dba Acctcorp of Southern Nevada** <br> **4955 S. Decatur Dr.** <br> **Las Vegas, NV 89113** | | J | **12/01/2001** <br> **Judgment - Lien on Home** | | X | | 542.92 |

Sheet no. __**9**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,831.72

Form B6F - Cont.
(12/03)

In re  **Ghusudin Ahmadzai,**
    **Ida M. Ahmadzai**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **303191** <br><br> **Rueben Cervantez Rpt., LTD.** <br> **6125 W. Sahara Ave., Ste. 1-A** <br> **Las Vegas, NV 89146** | | J | **8/9/2004** <br> **Medical** | | X | | 164.00 |
| Account No. **80-60523-507081** <br><br> **Sears Card** <br> **P. O. Box 818017** <br> **Cleveland, OH 44181-8017** | | J | **Credit Card Purchases** | | X | | 283.53 |
| Account No. **VSD900003591/96CG6Q** <br><br> **Shadow Emergency Physicians** <br> **P. O. Box 13917** <br> **Philadelphia, PA 19101-3917** | | J | **3/27/2004 - 7/10/2004** <br> **Medical** | | X | | 711.00 |
| Account No. **100098771-A/33245422-10** <br><br> **Shell Credit Card Services** <br> **P. O. Box 98011** <br> **Louisville, KY 40298-8011** | | J | **9/14/1999** <br> **Credit Card** | | X | | 419.39 |
| Account No. **900003591/1113425/2258-002020** <br><br> **Spring Valley Hospital** <br> **File 57361** <br> **Los Angeles, CA 90074-7361** | | J | **1/30/2004 - 7/13/2004** <br> **Medical** | | X | | 2,429.44 |

Sheet no. __**10**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,007.36

Form B6F - Cont.
(12/03)

In re  **Ghusudin Ahmadzai,**
      **Ida M. Ahmadzai,**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6942971** | | | | 8/2003 Phone Service | | | | |
| **Sprint LTD** **6200 Sprint Pkwy.** **Overland Park, KS 66251** | J | | | | | X | | |
| | | | | | | | | 117.00 |
| Account No. **17915501** | | | | 9/1999 Co-signed Apartment Lease - Paid in full by codebtor | | | | |
| **Summerhill Townhouse Apts.** **C/O Sentry Recovery** **1810 E. Sahara Ave., Ste. 10** **Las Vegas, NV 89104** | J | | | | | X | X | |
| | | | | | | | | 819.00 |
| Account No. **1847300/1239-016826/1113425** | | | | 5/27/2002 - 11/7/2003 Medical | | | | |
| **Summerlin Hospital** **P. O. Box 98549** **Las Vegas, NV 89193-8549** | J | | | | | X | | |
| | | | | | | | | 55.14 |
| Account No. **100098771** | | | | 3/9/2001 Credit Card Purchases | | | | |
| **Texaco** **Associated Credit Card Services** **P. O. Box 790066** **Houston, TX 77279** | W | | | | | X | | |
| | | | | | | | | 419.00 |
| Account No. **4621-2010-3908-1075** | | | | 2/22/2001 Credit Card | | | | |
| **The Associates** **6400 Las Colinas Blvd., Ste. 200** **Irving, TX 75039-2900** | J | | | | | X | | |
| | | | | | | | | 5,570.00 |

Sheet no. __**11**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,980.14

Form B6F - Cont.
(12/03)

In re    **Ghusudin Ahmadzai,**
       **Ida M. Ahmadzai,**                                            Case No. _____

                                                  Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0216-6010-0124-1855** <br><br> **The Good Guys/HRS USA** <br> **P. O. Box 7010** <br> **Anaheim, CA 92850-7010** | | J | | | **12/1/2000** <br> **Credit Card Purchases** | | X | | **1,755.00** |
| Account No. <br><br> **Tiburon II Homeowners Association** <br> **1515 E. Tropicana, Ste. 350A** <br> **Las Vegas, NV 89119** | | J | | | **4/3/2001** <br> **Two (2) Liens - Association Dues for house sold in 10/8/2001** | | X | | **2,758.55** |
| Account No. **174472100-A1/651Y8574680** <br><br> **Travelers Voluntary** <br> **C/O Dun & Bradstreet** <br> **P. O. Box 26446** <br> **Richmond, VA 23261-6446** | | J | | | **5/16/2000** <br> **Credit card purchases** | | X | | **554.00** |
| Account No. **2-9596-1783/7039002959617830** <br><br> **Union 76** <br> **P. O. Box 7600** <br> **Tulsa, OK 74101-7600** | | J | | | **11/1/2001** <br> **Credit Card Purchases** | | X | | **372.97** |
| Account No. **02049731845-31845/19719725** <br><br> **Union Bank of California** <br> **P. O. Box 51774** <br> **Los Angeles, CA 90051-6074** | | H | | | **1/2001** <br> **1995 Jeep Cherokee - leased auto voluntary return** | | X | | **1,809.38** |

Sheet no. __**12**__ of __**14**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal
                     (Total of this page)      **7,249.90**

Form B6F - Cont.
(12/03)

In re    **Ghusudin Ahmadzai,**
        **Ida M. Ahmadzai,**                                        Case No. _____

_____,
                          Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4005385069/14015731/17502024/1** | | | **1/29/2001 - 7/14/2004** Medical | | | | |
| **University Medical Center** 1800 W. Charleston Blvd. Las Vegas, NV 89102 | | J | | | X | | |
| | | | | | | | 492.35 |
| Account No. **2-9596-1783/7639002959617830** | | | **7/26/1999** Credit Card | | | | |
| **Unocal** P. O. Box 76600 Tulsa, OK 74101-7600 | | J | | | X | | |
| | | | | | | | 231.00 |
| Account No. **615421428/7100054/30** | | | **6/2002 -12/2002** Wireless Service | | | | |
| **Verizon Wireless** P. O. Box 419067 Rancho Cordova, CA 95741-9067 | | J | | | X | | |
| | | | | | | | 2,101.00 |
| Account No. **AHMADZAI** | | | **6/30/2002 - 5/31/2003** Trade debt | | | | |
| **Waite & Associates, Inc. CPA** 2650 S. Maryland Pkwy., Ste. A3A Las Vegas, NV 89109 | | J | | | X | | |
| | | | | | | | 1,260.00 |
| Account No. **A472803/5474-6401-3051-2675** | | | **3/17/2001** Credit Card Purchases | | | | |
| **Wells Fargo Card Services** P. O. Box 29491 3115 N. 3rd Ave., Ste. 112 Phoenix, AZ 85038-9491 | | J | | | X | | |
| | | | | | | | 46,375.66 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **50,460.01**

Form B6F - Cont.
(12/03)

In re    **Ghusudin Ahmadzai,**
       **Ida M. Ahmadzai,**
                                                 Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **01-05302457/16320310008** <br><br> **Wells Fargo Home Mortgage** <br> **P. O. Box 54107** <br> **Los Angeles, CA 90054** | | J | | **5/30/2001** <br> **Notice of Default - House at 4639 Hamburg St., Las Vegas, NV foreclosed on 10/8/2001** | | X | | **Unknown** |
| Account No. **5410-3791-4979-8986** <br><br> **Wells Fargo Processing Center** <br> **P. O. Box 29487** <br> **Phoenix, AZ 85038-9487** | | J | | **Credit Card Purchases** | | X | | **907.76** |
| Account No. **5490-9600-0472-9001/A490659** <br><br> **Wells Fargo Processing Center** <br> **P. O. Box 29487** <br> **Phoenix, AZ 85038-9487** | | J | | **Credit Card Purchases - Law Suit** | | X | | **18,278.49** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __**14**__ of __**14**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **19,186.25** |
| | Total <br> (Report on Summary of Schedules) | **695,062.93** |

In re    **Ghusudin Ahmadzai,**                                                     Case No. _____
         **Ida M. Ahmadzai**
         _____,
                                    Debtors

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
         schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

___0___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Ghusudin Ahmadzai,**                                                    Case No. _____
         **Ida M. Ahmadzai**
_____ ,
                                    Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daniel Vasquez**<br>**4364 Coyote Crest Rd.**<br>**Las Vegas, NV 89147** | **Oakwood Communitites**<br>**8501 W. Charleston**<br>**Las Vegas, NV 89117** |

___**0**___  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6I
(12/03)

In re      **Ghusudin Ahmadzai**
           **Ida M. Ahmadzai**                                          Case No. _____
_____
                    Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP<br>**Son** | AGE<br>**17** |
| **Married** | | |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Loan Officer/Self-employed** | **Unemployed** |
| Name of Employer | | |
| How long employed | **1 year** | |
| Address of Employer | | |

| INCOME:  (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| | | | | |
| SUBTOTAL | $ | 0.00 | $ | 0.00 |
| | | | | |
| LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b.  Insurance | $ | 0.00 | $ | 0.00 |
| c.  Union dues | $ | 0.00 | $ | 0.00 |
| d.  Other (Specify) _____ | $ | 0.00 | $ | 0.00 |
| _____ | $ | 0.00 | $ | 0.00 |
| | | | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| | | | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify)    **Unemployment Benefits** _____ | $ | 0.00 | $ | 992.33 |
| _____ | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 620.00 |
| Other monthly income (Specify)    **Loan Officer/Self employment** _____ | $ | 2,000.00 | $ | 0.00 |
| _____ | $ | 0.00 | $ | 0.00 |
| | | | | |
| TOTAL MONTHLY INCOME | $ | 2,000.00 | $ | 1,612.33 |

TOTAL COMBINED MONTHLY INCOME    $ _____ 3,612.33            (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re    **Ghusudin Ahmadzai**
       **Ida M. Ahmadzai**                                Case No. _____
                                        Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

    Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,100.00 |
| Are real estate taxes included? | Yes __X__     No ____ | |
| Is property insurance included? | Yes __X__     No ____ | |
| Utilities:     Electricity and heating fuel | | $ 180.00 |
|           Water and sewer | | $ 40.00 |
|           Telephone | | $ 80.00 |
|           Other   **See Detailed Expense Attachment** | | $ 148.00 |
| Home maintenance (repairs and upkeep) | | $ 75.00 |
| Food | | $ 650.00 |
| Clothing | | $ 75.00 |
| Laundry and dry cleaning | | $ 60.00 |
| Medical and dental expenses | | $ 180.00 |
| Transportation (not including car payments) | | $ 225.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| Charitable contributions | | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|           Homeowner's or renter's | | $ 0.00 |
|           Life | | $ 140.00 |
|           Health | | $ 0.00 |
|           Auto | | $ 80.00 |
|           Other | | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|           (Specify) | | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|           Auto | | $ 0.00 |
|           Other | | $ 0.00 |
|           Other | | $ 0.00 |
|           Other | | $ 0.00 |
| Alimony, maintenance, and support paid to others | | $ 0.00 |
| Payments for support of additional dependents not living at your home | | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 517.00 |
| Other | | $ 0.00 |
| Other | | $ 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | | $ 3,650.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | | $ N/A |
| B.   Total projected monthly expenses | | $ N/A |
| C.   Excess income (A minus B) | | $ N/A |
| D.   Total amount to be paid into plan each _____ | | $ N/A |
| | (interval) | |

In re    **Ghusudin Ahmadzai**
          **Ida M. Ahmadzai**                                    Case No. _____

                              Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Cellular** | $ | **60.00** |
| **Cable** | $ | **45.00** |
| **Trash Removal** | $ | **13.00** |
| **Internet** | $ | **30.00** |
| **Total Other Utility Expenditures** | $ | **148.00** |

# United States Bankruptcy Court
### District of Nevada

In re   **Ghusudin Ahmadzai**
**Ida M. Ahmadzai**
                                         Debtor(s)

Case No. _____
Chapter   **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **32** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 8, 2005** _____       Signature   **/s/ Ghusudin Ahmadzai** _____
                                                 **Ghusudin Ahmadzai**
                                               Debtor

Date   **March 8, 2005** _____       Signature   **/s/ Ida M. Ahmadzai** _____
                                               **Ida M. Ahmadzai**
                                             Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

Form 7
(12/03)

# United States Bankruptcy Court
### District of Nevada

In re    **Ghusudin Ahmadzai**
     **Ida M. Ahmadzai**

                                         Debtor(s)

Case No. _____

Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$19,210.00** | **Southern Nevada Personal Care Inc.**<br>**1701 S. Eastern, Las Vegas, NV 89104**<br>**1/1/2003 - 12/31/2003 (W)** |
| **$13,486.29** | **Nevada One Mortgage**<br>**1/1/2004 - 12/31/2004 (H)** |
| **$8,942.32** | **Silver State Checking**<br>**1/1/2004 - 12/31/2004 (H)** |
| **$17,695.50** | **Southern Nevada Personal Care Inc.**<br>**1/1/2004 - 12/31/2004 (W)** |
| **$1,280.25** | **Volt Management Corp.**<br>**P. O. Box 13500, Orange, CA 92857**<br>**1/1/2004 - 12/31/2004 (W)** |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $525.80 | **Merril Lynch Trust Co., FSB.**<br>**Autonation 401(k) Plan**<br>**P. O. Box 1551, Pennington, NJ 08534**<br>**1/1/2003 - 12/31/2003 (H)** |
| $6,939.36 | **State of California**<br>**Public Employee's Retirement System**<br>**P. O. Box 942716, Sacramento, CA 94229-2716**<br>**1/1/2003 - 12/31/2003 (W)** |
| $7,078.32 | **State of California**<br>**1/1/2004 - 12/31/2004 (W)** |
| $1,145.00 | **Unemployment  Benefits**<br>**1/1/2004 - 12/31/2004 (W)** |
| $1,240.00 | **State of California**<br>**1/1/2005 - 2/2005 (W)** |
| $1,985.00 | **Unemployment Benefits**<br>**1/1/2005 - 2/2005 (W)** |

**3. Payments to creditors**

None ☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Wells Fargo Home Mortgage, Inc.**<br>**P. O. Box 10335**<br>**Des Moines, IA 50306-0335** | **12/2004, 1/2005 & 2/2005** | **$3,300.00** | **$126,461.00** |

None ■

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **American Express Travel Related Services, Inc., a New York Corporation, vs. Ghusudin W. Ahmadzai.**<br>**01C000782001** | **Summons and Complaint** | **Justice Court, Las Vegas Township**<br>**Clark County, Nevada** | **Writ of Execution** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cavlary Portfolio Services, LLC., as Assignee of Cavalry Investments, LLC., as assignee of Wells Fargo Business Line, vs. Ghusudin W. Ahmadzai A472803** | **Summons and Complaint** | **District Court Clark County, Nevada** | **Unknown** |
| **Janis Kaye Webb vs. Ghusuolin Ahmadzai and Ida Ahmadzai 01C-002657-001** | **Summons and Complaint** | **Justice Court, Las Vegas Township Clark County, Nevada** | **Unknown** |
| **Douglas Fleming vs G. W. Ahmadzai 99-A-410530-C** | **Summons and Complaint** | **Justice Court, Las Vegas Township Clark County, Nevada** | **Unknown** |
| **Richard Holdings, Inc. dba Acctcorp of Southern Nevada, a Nevada Corporation vs. Ghusudin Ahmadzai, and Ida Ahmadzai 01C-007825-001** | **Summons and Complaint** | **Justice Court, Las Vegas Township Clark County, Nevada** | **Judgment by Default - Lien** |
| **Curtis Branom vs. Ghusudin B. Ahmadzai, et al A415748** | **Verified Complaint** | **District Court Clark County, Nevada** | **Notice of Lis Pendens** |
| **K.O. Associates, as Successor in Interest to Wells Fargo, vs. Ghusudin W. Ahmadzai, et al A490659** | **Summons and Complaint** | **Eighth Judicial District Court Clark County, Nevada** | **Unknown** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
□

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Roger P. Croteau & Associates Ltd.** **720 South Fourth Street, Suite 202** **Las Vegas, NV 89101** | **12/2004** | **209.00 Filing Fee** **$791.00 Attorney Fees** |

### 10. Other transfers

None
■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18 . Nature, location and name of business

None
☐    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Spring Mountain Shell** | **95-4258202** | **6075 W. Spring Mountain Rd Las Vegas, NV 89146-8816** | **Gas Station** | **1/1998 - 2/2001** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■
a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

8

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **March  8, 2005**                     Signature    **/s/ Ghusudin Ahmadzai**
                                                          **Ghusudin Ahmadzai**
                                                          Debtor

Date **March  8, 2005**                     Signature    **/s/ Ida M. Ahmadzai**
                                                          **Ida M. Ahmadzai**
                                                          Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
### District of Nevada

In re    **Ghusudin Ahmadzai**
       **Ida M. Ahmadzai**

Debtor(s)

Case No.

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

**Description of Property**           **Creditor's name**
**-NONE-**

*b. Property to Be Retained*           *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **1.** | **Residence**<br>**Location: 4701 Ashington St., Las Vegas NV**<br>**Tiburon 2 Phase 2, Plat Book 76, Page 98, Lot 72, Block 4. APN: 163-20-312-017** | **Wells Fargo Home Mortgage, Inc.** | **Debtor will retain collateral and continue to make regular payments.** | | |

Date  **March  8, 2005**      Signature  **/s/ Ghusudin Ahmadzai**

                                        **Ghusudin Ahmadzai**
                                        Debtor

Date  **March  8, 2005**      Signature  **/s/ Ida M. Ahmadzai**

                                          **Ida M. Ahmadzai**
                                        Joint Debtor

# United States Bankruptcy Court
### District of Nevada

In re   **Ghusudin Ahmadzai**
     **Ida M. Ahmadzai**

                                          Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................................ $       **791.00**

   Prior to the filing of this statement I have received ............................................................ $       **791.00**

   Balance Due ............................................................................................................................ $         **0.00**

2. $   **209.00**   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March 8, 2005**

                         **/s/ Roger P. Croteau**
                         **Roger P. Croteau**
                         **Roger P. Croteau & Associates Ltd.**
                         **720 South Fourth Street, Suite 202**
                         **Las Vegas, NV 89101**
                         **(702) 254-7775  Fax: (702) 228-7719**
                         **croteau@croteaulaw.com**

# United States Bankruptcy Court
### District of Nevada

In re    **Ghusudin Ahmadzai**
       **Ida M. Ahmadzai**                     Case No. _____

                          Debtor(s)           Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **March  8, 2005**                 **/s/ Ghusudin Ahmadzai**
                                       **Ghusudin Ahmadzai**
                                       Signature of Debtor

Date:    **March  8, 2005**                 **/s/ Ida M. Ahmadzai**
                                       **Ida M. Ahmadzai**
                                       Signature of Debtor

Ghusudin Ahmadzai
Ida M. Ahmadzai
4701 Ashington St.
Las Vegas, NV 89147-6069

Roger P. Croteau
Roger P. Croteau & Associates Ltd.
720 South Fourth Street, Suite 202
Las Vegas, NV 89101

Aargon Collection Agency
3160 S. Valley View, Ste. 206
Las Vegas, NV 89102-8316

Aargon Collection Agency
3160 S. Valley View, Ste. 206
Las Vegas, NV 89102

Accent Service Co.
7171 Mercy Rd., Ste. 150
Omaha, NE 68106-2626

Alan J. Arnold, M.D.
Acct No 20583/1177-1
C/O Acctcorp of Southern Nevada
4955 S. Durango, Ste. 177
Las Vegas, NV 89113-0155

Allied Collection Serv.
1800 E. Sahara Ave., Ste. 104
Las Vegas, NV 89104

Allied Interstate, Inc.
Consumer Service Dept.
P. O. Box 2455
Chandler, AZ 85244-2455

Allied Interstate, Inc.
23945 Calabasas Rd., #210
Calabasas, CA 91302

American Express
Acct No 026745134019347863
P. O. Box 297871
Fort Lauderdale, FL 33329

American Express Travel Mgmt. Svcs.
Acct No 1C000782001/373273824682001
American Expressway Tow
New York, NY 10001

American Recovery Service, Inc.
555 St. Charles Dr., Ste. 100
Thousand Oaks, CA 91360

Andres Padilla Garcia
3520 S. Jones
Las Vegas, NV 89103

APL
Acct No A05913800
4230 Burnham Ave.
Las Vegas, NV 89119

Arrow Auto Associates
Acct No 9601020/0171181/9404505C/KO023
C/O Stephen C. Duringer & Associates
18002 Cowan, 1st. Fl.
Irvine, CA 92614-6812

Arrow Financial Sevices, LLC
5996 W. Touhy Ave.
Niles, IL 60714-4610

Associates Credit Card Services, Inc.
Acct No 4621-2010-3081-5273/3908-1075/
6400 Las Colinas Blvd., Ste. 200
Irving, TX 75039-2900

AutoZone
Acct No 335766
4850 S. Jones, #B
Las Vegas, NV 89103

Bank of America
Acct No 4168100015717513/1K24750/10712
1825 E. Buckeye Rd.
Phoenix, AZ 85034

Bank of America
Acct No 4024-0238-2140-5970
P. O. Box 53137
Phoenix, AZ 85072-3137

Bank of America
Acct No 4024-0250-0011-5742
Dept.#AZ9-503-02-16
P. O. Box 53105
Phoenix, AZ 85072-3105

Bank of America Visa/Nations Bank
Acct No 4746-8600-0021-4864
P. O. Box 85350
Louisville, KY 40285-5350

Bank of America/North Star Capital Acq.
C/O Zenith Acquisition Corp.
P. O. Box 850
Amherst, NY 14226-0850

Bank of America/RMA Holdings, LLC
Acct No 12534481/0002179987
C/O Risk Management Alternatives, Inc.
P. O. Box 105044
Atlanta, GA 30348

Bank of America/RMA Portfolio Services,
C/O Risk Management Alternatives, Inc.
P. O. Box 105044
Atlanta, GA 30348

Bell & Young, Ltd.
Tracy M. Rau, Esq.
4001 Meadows Ln.
Las Vegas, NV 89107

Callister & Reynolds
Attorneys at Law
823 Las Vegas Blvd. So.
Las Vegas, NV 89101

Cavalry Portfolio Services, LLC
P. O. Box 27288
Tempe, AZ 85282-7288

Cavalry Portfolio Services, LLC
P. O. Box 1030
Hawthorne, NY 10532

Cavalry Portfolio Services, LLC.
C/O Robert S. Qualey, Esq.
20 Bonneville Ave.
Las Vegas, NV 89101

CBUSA Sears
Acct No 5049-9480-1595
P. O. Box 6189
Sioux Falls, SD 57117

Center Emergency Physicians
Acct No VSD2727410
P. O. Box 13909
Philadelphia, PA 19101-3909

Chevron Credit Bank, N.A.
Acct No 721-808-795-0
P. O. Box 5010 Sect. 230
Concord, CA 94524-0010

Chevron Credit Bank, N.A.
P. O. Box 5010 Sect. 230
Concord, CA 94524-0001

Chevron USA, Inc.
C/O Elizabeth G. Gonzalez, Esq.
1830 E. Sahara Ave., #102
Las Vegas, NV 89104

Clark County
Acct No G10406024RND
C/O R.L. Gresham/Carl Warren & Co.
2410 Fire Mesa St., Ste. 110
Las Vegas, NV 89128

Coldata Collection Companies
1979 Marcus Ave., Ste. 100
Lake Success, NY 11042

Coldata, Inc.
1979 Marcus Ave., Ste. 100
Lake Success, NY 11042

Collection Company of America
P. O. Box 16389
North Hollywood, CA 91615-6389

Covenant Management Group, LLC/Associate
C/O Machol & Johannes, P.C.
600 Seventeenth St.
Denver, CO 80202

Covenant Management Group, LLC/Associate
C/O Bennett & Deloney, P.C.
1265 E. Fort Union Blvd., Ste. 150
Midvale, UT 84047-1808

Craig A. Hoppe
C/O Robert Guinta, P.C.
608 S. Sixth St.
Las Vegas, NV 89101

Credigy
3950 Johns Creek Ct., Ste.
Suwanee, GA 30024

Credit Bureau Central
P. O. Box 29299
Las Vegas, NV 89126-3299

Credit Bureau Central
2355 Red Rock St., Ste. 200
Las Vegas, NV 89146

Curtis Branom
Acct No A415748
4339 Coyote Crest Ct.
Las Vegas, NV 89147

Daniel Vasquez
4363 Coyote Crest Rd.
Las Vegas, NV 89147

Department of Motor Vehicles
555 Wright Way
Carson City, NV 89711-0250

Desert Radiologist
3090 S. Durango, Ste. 200
Las Vegas, NV 89117

Desert Radiologists
Acct No DR1639548/631473/651827
C/O Professional Billing
2355 Redrock St., #103
Las Vegas, NV 89146-3161

Desert Radiologists
C/O Professional Billing Ltd.
3090 S. Durango #200
Las Vegas, NV 89117

Dick Laub
989 Scott St.
San Diego, CA 92106

Douglas Fleming
Acct No 99-A-410530-C
C/O Richard R. Reed, Esq.
601 E. Charleston Blvd.
Las Vegas, NV 89104

Douglas V. Ritchie, Esq.
3654 N. Rancho Dr.
Las Vegas, NV 89130

Dun & Breadstreet
P. O. Box 318045
Independence, OH 44131

eCast Settlement Corporation
P. O. Box 7247-6818
Philadelphia, PA 19170-6818

EMCARE Center Emergency Physicians
Acct No 27274100791239
c/o NCO Financial Systems, Inc.
P. O. Box 41417 Dept. 99
Philadelphia, PA 19101

Emergency Physicians Med. Gr. - UMC
P. O. Box 79344
City Of Industry, CA 91716-9344

Employer Insurance Co. of Nevada
Acct No NWC3004763
C/O Allied Interstate, Inc.
23945 Clabasas Rd., #210
Calabasas, CA 91302

Employment Security Department
Field Audit Office
300 East Third St.
Carson City, NV 89713-0030

Experian
P. O. Box 9595
Allen, TX 75013

Fatima Monroe
2033 Rock Springs Dr., 2089
Las Vegas, NV 89128

First National Collection Bureau, Inc.
3631 Warren Way
Reno, NV 89509

First Select
Acct No 4168-1000-1442-1737
P. O. Box 660767
Dallas, TX 75266-0767

First Select Corp.
Acct No 4168-1000-1571-7513/42168837-1
Payment Processing
P. O. Box 660767
Dallas, TX 75266-0767

First Select Corp. Fleet Bank Credit Car
C/O Law Offices of Mitchell N. Kay
P. O. Box 9006
Smithtown, NY 11787-9006

First Select Corp./Fleet Bank Credit Car
C/O Plaza Associates
Jaf Station, P. O. Box 2769
New York, NY 10116-2769

First Select, Inc./Covenant Management
C/O Machol & Johannes, P.C.
600 Seventeenth St.
Denver, CO 80202-5442

First USA Bank, N.A.
Acct No 5417-1226-6693-4342/4489355
P. O. Box 15548
Wilmington, DE 19886-5548

Gary R. Lutz, D.O., LTD.1
Acct No AHMGHU00
6125 W. Sahara Ave., Ste. 1A
Las Vegas, NV 89146

Gayle Nathan, Esq.
2785 E. Desert Inn Rd., #290
Las Vegas, NV 89121

GC Services
P. O. Box 47500
Jacksonville, FL 32247

Household Bank (SB), N.A.
P. O. Box 4144
Carol Stream, IL 60197-4144

HSBC/RS
90 Christiana Rd.
New Castle, DE 19720

Internal Revenue Service
Acct No SQ2000072800888
Stop 5028
4750 W. Oakey Blvd.
Las Vegas, NV 89102

Jackson Physical Therapy
Acct No AHMA001076747-8
4765 S. Durago Dr., Ste. 106
Las Vegas, NV 89147

Janis Kaye Webb
Acct No 01C-002657-001
9121 Villa Ridge Dr.
Las Vegas, NV 89117

Jeffrey Thomas, Esq.
Oswald & Yap, A Professional Corp.
4001 Meadows Lane
Las Vegas, NV 89107

K.O. Associates
7901 Hemingway Ave. S
Cottage Grove, MN 55016

K.O. Associates/Wells Fargo
C/O Jane Eberhardy, Esq.
1389 Galleria Dr., Ste. 200
Henderson, NV 89014

Kevin R. Hansen, Esq.
The Wolfenzon Law Group
4530 S. Eastern Ave., Ste. 9
Las Vegas, NV 89119

Labor Commission Nevada
555 E. Washington Ave., Ste. 4100
Las Vegas, NV 89101

Las Vegas Review-Journal
Acct No 0928634
P. O. Box 730
Las Vegas, NV 89125-0730

Law Offices of Keneth G. Frizzell, III
P. O. Box 28039
Las Vegas, NV 89126-2039

MBNA America
Acct No 4800-1203-4804-9214/M31291-K24
P. O. Box 15026
Wilmington, DE 19850

MBNA America
Acct No 4800-1203-4801-1644
P. O. Box 15028
Wilmington, DE 19886-5028

MBNA Covenant Management
Acct No ECM00224
C/O Machol & Johannes, P.C.
600 17th St., Ste. 850 So. Dominion Plaz
Denver, CO 80202

MCI Communications
Acct No 7CH57810, 00838818/102502187
C/O Park Dansan
P. O. Box 248
Gastonia, NC 28053

MCI WorldCom
Acct No 7CH57810/45591798/00938818
P. O. Box 52252
Phoenix, AZ 85072-2252

MCI WorldCom
C/O Consumer Markets
3470 Rider Trial South
Earth City, MO 63045

Medical
Acct No 631976765
c/o NCO Fin/99
P. O. Box 41466
Philadelphia, PA 19101

Medical
Acct No 1239016826/95306
C/O Aargon Collection Agency
3160 S. Valley View, Ste. 206
Las Vegas, NV 89102-8316

Medical Payment Data
Acct No 9A16790671797970
C/O Credit Bureau Central
P. O. Box 29299
Las Vegas, NV 89126

Messerli & Kramer
3033 Campus Dr., Ste. 250
Minneapolis, MN 55441

National Financial Group, Inc.
6110 Executive Blvd., Ste. 305
Rockville, MD 20852

Nationwide Credit, Inc.
3835 N. Freeway Blvd., Ste. 100
Sacramento, CA 95834

NCO Financial Systems, Inc.
Acct No 5417-1226-6693-4342/4489355
Assignee of FUSA
P. O. Box 41457
Philadelphia, PA 19101-1457

NCO Financial Systems, Inc.
P. O. Box 41457
Philadelphia, PA 19101-1457

Nevada Care
10600 W. Charleston Blvd.
Las Vegas, NV 89135-1012

Nevada Department of Taxation
Acct No SQ99051100736
Attn: Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

NV Dept. of Employment Training and Reh.
500 E. Third St.
Carson City, NV 89713

Oakwood Communitites
8501 W. Charleston
Las Vegas, NV 89117

ODPC/CBUSA
P. O. Box 9102
Gray, TN 37615

Office Depot Credit Card Plan
Acct No 6011-6561-0081-9096
P. O. Box 9029
Des Moines, IA 50368-9029

Office of the Sheriff
Attn: Civil Process Section
P. O. Box 553220
Las Vegas, NV 89155-3220

Office of U.S. Trustee
300 S. Las Vegas Blvd., #4300
Las Vegas, NV 89101

P'O'M Recoveries, Inc.
P. O. Box 602
Lindenhurst, NY 11757-0602

Pacific Bell Wireless
Acct No 123356496/4123972-8388143/12*P
P. O. Box 989049
West Sacramento, CA 95799

Park Dansan
P. O. Box 248
Gastonia, NC 28053

Peter Dubowsky, Esq.
Wanderer & Wanderer
302 E. Carson, Ste. 520
Las Vegas, NV 89101

Plaza Associates
JAF Station, P. O. Box 2769
New York, NY 10116-2769

PlusFour, Inc.
P. O. Box 95846
Las Vegas, NV 89193

Porgressive Management Systems
P. O. Box 2220
West Covina, CA 91793-9917

Primary Financial Services, L.L.C.
3115 N. 3rd Ave., Ste. 112
Phoenix, AZ 85013

Pro Consulting Collection Agency
P. O. Box 66510
Houston, TX 77266

Professional Collection Consultants
P. O. Box 45274
Los Angeles, CA 90045-0274

Progressive Management Systems
1521 W. Cameron Ave.
West Covina, CA 91793

Quantum Collections
P. O. Box 364389
North Las Vegas, NV 89036-8389

Quest Diagnostics
Acct No 1113423/25/5213-87687/9A167&79
P. O. Box 79025
Phoenix, AZ 85062-9025

Receivables Management Solutions, Inc.
260 E. Wentworth Ave.
Saint Paul, MN 55118

Republic Services of Southern Nevada
Acct No 607500-455-94-01-2/0928634
P. O. Box 98508
Las Vegas, NV 89193-8508

Richard L. Wagner, MD LTD
4275 Burnham, #310
Las Vegas, NV 89119

Richland Holdings, Inc.
Acct No 01C-007825-001
dba Acctcorp of Southern Nevada
4955 S. Decatur Dr.
Las Vegas, NV 89113

Robert G. Giunta, Esq.
606 S. Sixth St.
Las Vegas, NV 89101

Robert Speas
3015 S. Torrey Pines
Las Vegas, NV 89146

Ronald H. Reynolds, Esq.
823 Las Vegas Blvd. South
Las Vegas, NV 89101

Rueben Cervantez Rpt., LTD.
Acct No 303191
6125 W. Sahara Ave., Ste. 1-A
Las Vegas, NV 89146

Sears Card
Acct No 80-60523-507081
P. O. Box 818017
Cleveland, OH 44181-8017

Shadow Emergency Physicians
Acct No VSD900003591/96CG6Q
P. O. Box 13917
Philadelphia, PA 19101-3917

Shell Credit Card Services
Acct No 100098771-A/33245422-10
P. O. Box 98011
Louisville, KY 40298-8011

Shell Credit Card Services
Associates Credit Card Services
330 Barker Cypress Rd.
Houston, TX 77094

Spring Valley Hospital
Acct No 900003591/1113425/2258-002020
File 57361
Los Angeles, CA 90074-7361

Sprint LTD
Acct No 6942971
6200 Sprint Pkwy.
Overland Park, KS 66251

State of Nevada
Acct No A407537
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101

Steve Hall
800 N. Rainbow Blvd., Ste. 218
Las Vegas, NV 89107

Summerhill Townhouse Apts.
Acct No 17915501
C/O Sentry Recovery
1810 E. Sahara Ave., Ste. 10
Las Vegas, NV 89104

Summerlin Hospital
Acct No 1847300/1239-016826/1113425
P. O. Box 98549
Las Vegas, NV 89193-8549

Taxation Nevada
1550 E. College Pkwy., Ste. 115
Carson City, NV 89706

Texaco
Acct No 100098771
Associated Credit Card Services
P. O. Box 790066
Houston, TX 77279

The Associates
Acct No 4621-2010-3908-1075
6400 Las Colinas Blvd., Ste. 200
Irving, TX 75039-2900

The Associates Preferred Value
Processing Center
Des Moines, IA 50363-2200

The Good Guys/HRS USA
Acct No 0216-6010-0124-1855
P. O. Box 7010
Anaheim, CA 92850-7010

The Sagres Company
P. O. Box 12688
La Jolla, CA 92039

Tiburon II Homeowners Association
1515 E. Tropicana, Ste. 350A
Las Vegas, NV 89119

Travelers Voluntary
Acct No 174472100-A1/651Y8574680
C/O Dun & Bradstreet
P. O. Box 26446
Richmond, VA 23261-6446

Treasurer Clark County
P. O. Box 551220
Las Vegas, NV 89155-1220

Tritium Card Services, Inc.
51 Charles Lindberg Blvd.
Uniondale, NY 11553

Unifund Corp.
11802 Conrey Rd.
Cincinnati, OH 45249

Union 76
Acct No 2-9596-1783/7039002959617830
P. O. Box 7600
Tulsa, OK 74101-7600

Union 76
P. O. Box 85680
Louisville, KY 40285-5680

Union Bank of California
Acct No 02049731845-31845/19719725
P. O. Box 51774
Los Angeles, CA 90051-6074

United Recovery Systems, LP
P. O. Box 722929
Houston, TX 77272-2929

University Medical Center
Acct No 4005385069/14015731/17502024/1
1800 W. Charleston Blvd.
Las Vegas, NV 89102

Unocal
Acct No 2-9596-1783/7639002959617830
P. O. Box 76600
Tulsa, OK 74101-7600

Verizon Wireless
Acct No 615421428/7100054/30
P. O. Box 419067
Rancho Cordova, CA 95741-9067

Verizon Wireless
1700 Sawtelle Blvd.
Los Angeles, CA 90025

Waite & Associates, Inc. CPA
Acct No AHMADZAI
2650 S. Maryland Pkwy., Ste. A3A
Las Vegas, NV 89109

Wells Fargo Card Services
Acct No A472803/5474-6401-3051-2675
P. O. Box 29491
3115 N. 3rd Ave., Ste. 112
Phoenix, AZ 85038-9491

Wells Fargo Home Mortgage
Acct No 01-05302457/16320310008
P. O. Box 54107
Los Angeles, CA 90054

Wells Fargo Home Mortgage, Inc.
Acct No 6852911194
P. O. Box 10335
Des Moines, IA 50306-0335

Wells Fargo Processing Center
Acct No 5410-3791-4979-8986
P. O. Box 29487
Phoenix, AZ 85038-9487

Worldwide Asset Purchasing, LLC
C/O Pacific Coast Collections, Inc.
8665 Gibbs Dr., Ste. 204
San Diego, CA 92123

Wyse Financial Services, Inc.
3410 S. Galena St., Ste. 250
Denver, CO 80231